**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   18−11800−BFK
**Chapter**   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Juan Sosa−Villatoro
2236 Emporia Street
Woodbridge, VA 22191

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−2315

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA

**NOTICE RE: REPORT OF DEBTOR AUDIT**

   In accordance with 28 U.S.C. Section 586(f)(1), the United States Trustee contracted for an audit to be performed of the petition, schedules and other information filed and/or provided by the debtor(s) in this case.

   NOTICE IS HEREBY GIVEN that the audit firm has reported one or more material misstatements concerning the income, expenditures and/or assets of the debtor(s). The Report is not a legal determination, and the legal effect of the auditor's finding of material misstatement is a question for the Court. The Report of Debtor Audit has been filed with the Court and is available for review by parties in interest.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:   July 18, 2018

[misstate.jsp 2/2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                            Case No. 18-11800-BFK
Juan Sosa-Villatoro                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9        User: douglasse           Page 1 of 1           Date Rcvd: Jul 18, 2018
                            Form ID: misstate         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db              +Juan Sosa-Villatoro,    2236 Emporia Street,    Woodbridge, VA 22191-2517
14382085        +CACH. LLC,   c/o Protas & Spivak,    4330 East West Hwy #900,    Bethesda, MD 20814-4454
14382087        +Sears,   Box 6282,   Sioux Falls, SD 57117-6282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14382086        +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 02:44:54      Sam's Club,   P.O. Box 965005,
                  Orlando, FL 32896-5005
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              Kevin R. McCarthy    krm@mccarthywhite.com, kmccarthy@remote7solutions.com;DC07@ecfcbis.com
              Michael P. Valois    on behalf of Debtor Juan  Sosa-Villatoro mpvalois@verizon.net,
               bvalois@verizon.net;bvalois@earthlink.net
                                                                                              TOTAL: 3